IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00205-WJM-MEH

OTTER PRODUCTS, LLC, and
TREEFROG DEVELOPMENTS, INC.,

    Plaintiffs,

v.

NOBLE PLANET INC.,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 4, 2019.**

In light of the Clerk's entry of default against Defendant, Plaintiffs' Motion to Continue Scheduling Conference [filed February 28, 2019; ECF No. 17] is **granted in part and denied in part**. The scheduling conference currently set for March 26, 2019, is **vacated**.

Additionally, Plaintiffs shall file any motion for default judgment **on or before April 1, 2019**.