**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 19-cv-00205-WJM-MEH

OTTER PRODUCTS, LLC, et al.

    Plaintiffs,                                    Judge William J. Martinez

v.                                              Magistrate Michael E. Hegarty

NOBLE PLANET INC., et al.

    Defendants.

**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Otter Products, LLC and TreeFrog Developments, Inc. hereby voluntarily dismiss without prejudice all claims in this action.

Dated: April 8, 2019

                                                   Respectfully submitted,

                                                   *s/Arryn K. Miner*
                                                   William D. Kloss, Jr. (Ohio Bar No. 0040854)
                                                   Tyler B. Pensyl (Ohio Bar. No. 0080649)
                                                   Arryn K. Miner (Ohio Bar No. 0093909)
                                                   Vorys, Sater, Seymour and Pease LLP
                                                   52 East Gay Street
                                                   Columbus, Ohio 43216
                                                   Phone: (614) 464-6334
                                                   Facsimile: (614) 719-5072
                                                   Email: wdklossjr@vorys.com
                                                                     tbpensyl@vorys.com
                                                                     akminer@vorys.com

2

        Martha L. Fitzgerald, #14078
        Joshua A. Weiss, #49758
        Brownstein Hyatt Faber Schreck, LLP
        410 Seventeenth Street, Suite 2200
        Denver, Colorado 80202-4432
        Phone: (303) 223-1472
        Email: mfitzgerald@bhfs.com
               jweiss@bhfs.com

*Counsel for Plaintiffs Otter Products, LLC and TreeFrog Developments, Inc.*

3

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was electronically filed with the Court on April 8, 2019. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. I will also send a copy of the foregoing to Defendant via U.S. mail at:

Noble Planet Inc.
28 Bakertown Road
Suite 405F
Monroe, NY 10950

                                                *s/Arryn K. Miner*
                                                Arryn K. Miner